Appeals by the defendant, as limited by his motion, from (1) a sentence of the Supreme Court, Queens County (Margulis, J.), imposed January 13, 2016, as amended February 25, 2016, under superior court information No. 10460/15, and (2) a sentence of the same court, imposed January 13, 2016, under superior court information No. 2625/15, upon his pleas of guilty, on the ground that the sentences were excessive.
 

 Ordered that the sentence imposed January 13, 2016, as amended February 25, 2016, and the sentence imposed January 13, 2016, are affirmed.
 

 The defendant’s valid waiver of his right to appeal precludes review of his contention that the sentences imposed were excessive (see People v Sanders, 25 NY3d 337 [2015]; People v Bradshaw, 18 NY3d 257, 264-267 [2011]; People v Ramos, 7 NY3d 737, 738 [2006]; People v Lopez, 6 NY3d 248, 255 [2006]; People v Reader, 155 AD3d 976 [2d Dept 2017]).
 

 Eng, P.J., Dillon, Miller, Hinds-Radix and Iannacci, JJ., concur.